**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHASE LUSHER | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2275 |
| | : |
| BANK OF AMERICA, N.A. | : |

## **AMENDED ORDER**

**AND NOW,** this 28th day of March, 2024, it is hereby **ORDERED** that a telephone status conference shall be held on April 4, 2024, at 10:30 a.m. Counsel and/or Plaintiff shall dial into the call at 888-204-5984 and use access code 3221457.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.