# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASE LUSHER, § § | |
| *Plaintiff*, § § | |
| § | CIVIL ACTION NO. 5:23-cv-02275-JLS |
| v. § § | |
| BANK OF AMERICA, N.A., § § | |
| *Defendant*. § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Bank of America, N.A. hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear their own fees and costs.

Respectfully submitted April 4, 2024

*/s/ Chase Lusher (with permission)*
226 North Arch Street, Apt. 1
Lancaster, PA 17603

**PRO SE PLAINTIFF**

*/s/ Gregory E. Dapper*
Gregory E. Dapper
PA ID No. 311257
McGuireWoods LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
T:  412-667-7984
F:  412-402-4198
gdapper@mcguirewoods.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 4, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter, and via U.S. Mail to the following:

Chase Lusher<br>
226 North Arch Street, Apt. 1<br>
Lancaster, PA 17603

                                                */s/ Gregory E. Dapper*  
                                                Gregory E. Dapper